

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-82,353-01

### IN RE TERRY LEE PIASECKI, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 11-03-02382-CR IN THE 284TH DISTRICT COURT
### FROM MONTGOMERY COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 284th District Court of Montgomery County challenging cause number 11-03-02382-CR on August 23, 2013. The trial court entered an order designating issues in that cause on October 10, 2013. This application has not yet been forwarded to this Court.

Respondent, the Judge of the 284th District Court of Montgomery County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in the order designating

issues and then have the District Clerk submit the record on such application. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted a response.

Filed: November 19, 2014
Do not publish